EDNA S. WILSON et al., complainants-appellants,

v.

GEORGE L. VOGEL, defendant-respondent.

[Decided March 4th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lane, whose opinion is reported in *87 N. J. Eq. 584.*

*Messrs. Riker & Riker,* for the appellants.

*Mr. Arthur R. Denman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lane.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.